IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-1830-RBJ-BNB

JOAN TILTON,

    Plaintiff,

v.

MARY M. WOLLMERING, M.D., and
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for an **eight-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **September 24, 2012 at 9:00 a.m.**

    A Trial Preparation Conference is set for **September 6, 2012 at 10:00 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 27th day of October, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge