IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01830-RBJ-BNB

JOAN TILTON,

Plaintiff,

v.

MARY M. WOLLMERING, M.D., and
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant Mary Wollmering, M.D.'s Motion to Conduct *Ex Parte* Meetings With Certain Health Care Providers** [Doc. # 48, filed 10/26/2011] (the "Motion for Interviews"); and

(2)     **Defendant St. Mary's Hospital & Medical Center, Inc.'s Joinder In Defendant Wollmering's Motion to Conduct *Ex Parte* Meetings With Certain Health Care Providers** [Doc. # 62, filed 10/31/2011] (the "Joinder").

Initially the defendants' motions and request for *ex parte* interviews were opposed by the plaintiff. Subsequently, the plaintiff filed her Agreement for Non-Opposition to Defendants' Motion to Conduct Ex Parte Meetings With Certain Health Care Providers [Doc. # 64, filed 11/3/2011] (the "Response"), which states:

>   After meeting and conferring with counsel for the moving party, the parties have agreed to ex parte contact with Plaintiff's physicians with the understanding that the scope of the contact will

>   be limited to discussions of the issue of the litigation, the
>   epicardial pacing wire.

Response [Doc. # 64] at p. 1.

In view of the agreement of the parties,

IT IS ORDERED:

(1)   The Motion for Interviews [Doc. # 48] and Joinder [Doc. # 62] are DENIED as moot; and

(2)   The hearing on the Motion for Interviews set to occur on November 8, 2011, at 8:30 a.m., is VACATED.

Dated November 7, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge