IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-1830-RBJ-BNB

JOAN TILTON,

    Plaintiff,

v.

MARY M. WOLLMERING, M.D., and
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,

    Defendants.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

    The Court has reviewed the parties' Stipulated Motion to Dismiss Plaintiff's Claims Against Defendant St. Mary's Hospital & Medical Center, Inc. (#66).

    It is hereby ORDERED that all pending Plaintiff's claims against Defendant St. Mary's Hospital & Medical Center, Inc. are dismissed.

    DATED this 22nd day of November, 2011.