**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  11-cv-01830-RBJ-BNB**

JOAN TILTON,

Plaintiff

vs.

MARY M. WOLLMERING, M.D.; and
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,

Defendants.

_____

**STIPULATION TO DISMISS WITH PREJUDICE**
_____

Plaintiff, and Defendant Mary M. Wollmering, M.D., by and through respective counsel, for the Stipulation for Dismissal With Prejudice, state as follows:

1. The parties agree to dismissal with prejudice of all claims alleged, or that could have been alleged, against Mary M. Wollmering, M.D.

2. This stipulation does not involve any admission of liability or payment of money by Dr. Wollmering.

3. This dismissal resolves all remaining claims, and the parties request that the Court dismiss this action with prejudice.

4. Each party is to pay their own costs and attorney fees.

Respectfully submitted this 22nd day of December, 2011.

| | |
|---|---|
| *s/ Sheryl K. Bridges* | *s/ Stanton T. Mathews* |
| _____ | _____ |
| Christopher K. Miller | Stanton T. Mathews, Esq. |
| Sheryl K. Bridges | *Attorneys for Plaintiff* |
| *Attorneys for Dr. Wollmering* | Stanton T. Mathews & Associates |
| Kennedy Childs P.C. | 24012 Calle de la Plata, Suite 320 |
| 633 17th Street, Suite 2200 | Laguna Hills, CA 92653 |
| Denver, CO  80202 | Phone No:  949-586-2235 |
| Phone:  (303) 825-2700 | *stmathews@mfatriallawyers.com* |
| *Cmiller@kennedychilds.com* | |
| *Sbridges@kennedychilds.com* | |

CERTIFICATE OF SERVICE

  I hereby certify that on the 22nd day of December, 2011, I electronically filed the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Attorneys for Joan Tilton,
Clbeem@beemlaw.net    Clifford L. Beem, Esq.
amisley@beemlaw.net    A. Mark Isley, Esq.
Stmathews@mfatriallawyers.com Stanton Mathews, Esq.
Dfarris@beemlaw.net  Dee Farris
Kefenner@mfatriallawyers.com Kathy Fenner


            *s/ Sheila A. Morse*
            Sheila A. Morse