**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01830-RBJ-BNB

JOAN TILTON,

Plaintiff,

vs.

MARY M. WOLLMERING, M.D.; and
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.,

Defendants.

## ORDER RE:  STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW THE COURT, and having considered the STIPULATION FOR DISMISSAL WITH PREJUDICE,

**HEREBY ORDERS**:

This action is dismissed **WITH PREJUDICE**, each party to pay their own costs and fees.

DATED this 22nd day of December, 2011.

BY THE COURT:

*/s/ Brooke Jackson*

R. Brooke Jackson
United States District Judge